# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND TYRONE DAVIS,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 80746

**FILED**

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported pretrial order denying a "VI amendment right of the Bill of Rights." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). To the extent that appellant's appeal is in regard to the order denying a motion to dismiss under *Doggett v. United States* entered on February 6, 2020, the order is also not substantively appealable. *See id.* Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-12471

cc: Hon. Jacqueline M. Bluth, District Judge
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Raymond Tyrone Davis

SUPREME COURT
OF
NEVADA

(O) 1947A

2